**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| INNOVATIVE DISPLAY TECHNOLOGIES LLC<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>    Defendant. | §§§§§§§§§§§§§ | CIVIL ACTION NO. 2:14-cv-00030<br><br>**JURY TRIAL DEMANDED** |

**<u>PLAINTIFF'S NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Innovative Display Technologies LLC hereby files this notice of dismissal of this action WITHOUT PREJUDICE, to facilitate ongoing settlement discussions. Plaintiff's complaint was filed on January 17, 2014. Defendant has not filed an answer or other response to Plaintiff's complaint.

Dated: February 10, 2014                                   Respectfully submitted,

/s/ *Jeffrey R. Bragalone*
Jeffrey R. Bragalone (lead attorney)
Texas Bar No. 02855775
Patrick J. Conroy
Texas Bar No. 24012448
Justin B. Kimble
Texas Bar No. 24036909
T. William Kennedy, Jr.
Texas Bar No. 24055771
Daniel F. Olejko
Pennsylvania Bar No. 205512
**BRAGALONE CONROY PC**
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
Tel: (214) 785-6671
Fax: (214) 785-6680
jbragalone@bcpc-law.com
pconroy@bcpc-law.com
jkimble@bcpc-law.com
bkennedy@bcpc-law.com
dolejko@bcpc-law.com

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
**WARD & SMITH LAW FIRM**
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
ch@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
INNOVATIVE DISPLAY
TECHNOLOGIES LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of February, 2014, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                                           /s/ *Jeffrey R. Bragalone*